JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

SEYED MOHAMMAD SHAFIEE; and NAZANIN ABOLGHASEMI,

    Plaintiffs,

v.

MARCO RUBIO, in his official capacity as U.S. Secretary of State; ROBERT JACHIM, in his official capacity as Director of Screening, Analysis and Coordination; KENNETH PLATEK, in his official capacity as Acting Director of the National Vetting Center,

    Defendants.

Case No. 8:25-cv-01340-JWH-DFM

**JUDGMENT**

Pursuant to the "Order Granting Defendants' Motion to Dismiss [ECF No. 10]" filed substantially contemporaneously herewith, and in accordance with Rule 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED, ADJUDGED,** and **DECREED** as follows:

1. This Court possesses subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. §§ 1331 & 1361.

2. The operative pleading is the Complaint [ECF No. 1] of Plaintiffs Seyed Mohammad Shafiee and Nazanin Abolghasemi. Plaintiffs' Complaint is **DISMISSED without prejudice**.

3. To the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: October 30, 2025

John W. Holcomb
UNITED STATES DISTRICT JUDGE